UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INDEPENDENT SCHOOL DISTRICT NO. 112,

Plaintiff,

v.

AS, by and through his parents C.S. and S.S.,

Defendant.

CIVIL NO. 01-1859 (RHK/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

February 15, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

February 15, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

The following schedule was adopted for the presentation of any Motion to Supplement the Record:

February 15, 2002 - Motion and related pleadings due

February 25, 2002 - Responsive pleadings due

February 28, 2002 - Reply due

Filed FEB 12 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

March 4, 2002 - 3:00 p.m., Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, hearing on motion.

Promptly after the determination of any Motion to Supplementation of the Record, or after February 16, 2002 if no such motion is made, the parties shall schedule a conference with the Court for the purpose of adopting a schedule for the balance of the pretrial activity required in this matter.

Dated: February 12, 2002

JOHN M. MASON
United States Magistrate Judge