UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INDEPENDENT SCHOOL DISTRICT
NO. 112, Chaska Area Schools,
Chaska, Minnesota,

Plaintiff,

vs

CV 01-1859 RHK/JMM

A S, by and through his
parents C.S. and S.S.,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 19, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED JUN 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK